UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 10 CR 261 |
| vs. | ) | |
| OVIDIU ISAC, et al. | ) | Judge Charles R. Norgle, Sr. |
| | ) | |

## **PROTECTIVE ORDER**

Upon the government's motion for a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1.      Upon the conclusion of this case, all defendants and their counsel shall return to the government, or otherwise destroy, without retaining any copies, all records, reports, statements, recordings, and other materials provided or made available to defendants in connection with this case.

2.      All defendants and their counsel shall use the records, reports, statements, recordings, and other materials the government provides them solely in connection with this case and for no other proceeding.

3.      Defendants and their counsel shall make no disclosure of any records, reports, statements, recordings, and other materials containing account numbers, home addresses, home telephone numbers, social security numbers, or other personal identification information, to any other person or entity, except as defendants' counsel reasonably deems necessary to prepare a defense or as this Court authorizes.

4.      The government intends to produce in-person recordings and recorded

telephone calls that relate in part to crimes other than those charged in the indictment. Defendants and their counsel shell make no disclosure of such recordings to any other person or entity except as defendant's counsel reasonably deems necessary to prepare a defense or as this Court authorizes.

ENTER:

CHARLES R. NORGLE, SR.
United States District Court Judge

Dated:   8/20/2010